IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TIERRE MOORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV 22-165-RAW |
| ) | |
| SGT. BRUCE and UNKNOWN ) | |
| BLACK FEMALE BUS DRIVER, ) | |
| ) | |
| Defendant. ) | |

**OPINION AND ORDER**

On May 31, 2022, Plaintiff Tierre Moore, a pro se prisoner who is incarcerated at Forrest City Low Federal Correctional Institution in Forrest City, Arkansas, filed this civil rights complaint pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (Dkt. 1). The defendants are Sgt. Bruce of CoreCivic Cimarron Correctional Facility in Cushing, Oklahoma, and an Unknown Black Female Bus Driver, who Plaintiff claims is a federal transit officer and an agent of Oklahoma.

Plaintiff alleges that on February 15, 2022, he and approximately 60 other detainees were being transported by bus from the federal detainees transit center at Cimarron Correctional Facility to an airport. During the trip, the bus allegedly hit an object, resulting in Plaintiff's suffering whiplash. He claims he has not received medical treatment for his injuries.

A civil action may be brought in--

(1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located; [or]

(2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, . . . .

28 U.S.C. § 1391(b)(1)-(2).

Plaintiff alleges in the complaint that the defendants are located in Cushing, Oklahoma, which lies within the territorial jurisdiction of the Western District of Oklahoma. Therefore, the Court finds proper venue does not lie in this district, and the case should be transferred to the Western District.

**ACCORDINGLY,** this action is **TRANSFERRED** in the interest of justice to the United States District Court for the Western District of Oklahoma. *See* 28 U.S.C. § 1406(a).

**IT IS SO ORDERED** this 7th day of June 2022.

_____
HONORABLE RONALD A. WHITE
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF OKLAHOMA